RECEIVED
AUG 14 2024
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

8-9-24

To Whom It May Concern,

My name is Jeremy Wyatt and I'm currently in Polk County Jail in Des Moines, IA. I'm writing this letter in regards to filing a 1983 Civil Suit.

I don't have access to the proper forms, books, and the printer is broke in the law library so I can't print anything off. They refuse to help or fix the issue.

I'm wanting to file a 1983 Civil Suit against Polk County Jail for the following reasons.

I was a Gray Worker/Trustee recently before I was fired because of heresay from other inmates.

I want to file for the following reasons:

1.) Not having full access at all times to the proper PPE gear, that is required when

called as a trustee to clean up flooded cells, urine on the floors, and human fesces off the walls and doors.

2.) Not being compensated for cleaning human fesces that was an inch thick on a window in the West 1 Pod like I was told I would be by the officer and that was 5 weeks ago.

3.) Not having access to the proper forms, or books, and staff refusing to help or print them off when the law library is down, or the printer isn't working to print them off.

4.) The new Grievance system. The new system you have to ask the Unit officer to allow you access to the Grievance option on the Kite Kiosk. If they don't want you to file it then they can deny you access to use

the option. Which to me I feel is not right and wrong.

My arguments to each numbered reasons:

1.) PPE gear is locked in laundry and if there's not a Laundry Service Aide in there then we can't go in there and grab what we need to protect ourselves to do the job properly.

2.) I did the job because it's my duty foremost, and my job. But when I'm told that I would be compensated some coffee for doing it, that gave me an extra incentive to complete it. As I'm indigent and have nothing for monetary means coming in from anywhere.

3.) It is our right to have access to ways to print or recieve the

proper forms, and books we need to file motions to help us fight our cases while in Polk County Jail.

4.) It is our right to file a Grievance on any matter, why do we have to ask an officer for permission, what if they have a problem with me or that inmate, then they can deny us for that reason.

I would really appreciate all the help I can get on this matter. As I said before I'm indigent and have no money to pay for paper, envelopes, stamps, pencils, pens, I had to borrow the paper I'm writting this on.

I just feel like I should be compensated for me doing my job like I was told I would be. I've went through the Kite and Grievance process with nothing being done. I also feel

like these problems should be brought to light, and be addressed.

Thank you for your much appreciated time on these matters hope to hear from you soon.

Thank you,

Jeremy Wyatt
744498 South 410
Polk County Jail
1985 N.E. 51st Place
Des Moines, IA
50313-2517

Jeremy Wyatt 744498 5412

Polk County Jail
1985 NE 51st Place
Des Moines, IA 50313-2517

FIRST-CLASS

US POSTAGE )((( PITNEY BOWES

ZIP 50309 $ 000.69⁰
02 7W
0008027039 AUG 12 2024

X-RAYED & CLEARED BY U.S.M.S. GC

U.S. District Court
123 East Walnut Street
Des Moines, Iowa
50309

5030982084 C101